```
MICHAEL IAN GAREY/ BAR #50565
ATTORNEY AT LAW
714 North Spurgeon
Santa Ana, California 92701
(714) 834-0950
E-Mail: MIG995@aol.com

Attorney for Defendant
CLAUDIA SOTO RODRIGUEZ
```

FILED
CLERK, U.S. DISTRICT COURT

Aug 22, 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) Case No. 13-CR-00105-SVW-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| CLAUDIA SOTO RODRIGUEZ, | ) |
| Defendant. | ) |

**ORDER**

IT IS SO FOUND AND ORDERED this _____ day of July, 2013, that Defendant Claudia Soto Rodriguez, be moved from the San Bernardino County Jail, to either the Santa Ana Detention Facility(at the Santa Ana Police Department) or the Metropolitan Detention Center in Los Angeles.

**DENIED**

BY ORDER OF THE COURT

_____
Stephen V. Wilson
United States District Judge